DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>LAURA F. HUNNICUTT (OVIOK),<br><br>　　　　　　　Defendant. | ) Case No. 3:01-CR-00028(JKS)<br>)<br>)<br>)<br>) APPLICATION AND AFFIDAVIT FOR<br>) ISSUANCE OF WRIT OF EXECUTION<br>) ON PERMANENT FUND DIVIDEND<br>)<br>)<br>)<br>) |

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

　　　I, RICHARD L. POMEROY, hereby state on oath:

　　　1.　Judgment for $11,518.38 was imposed on August 3, 2001, in the above-entitled court and action, in favor of the United States of America as judgment creditor and against LAURA F. HUNNICUTT (OVIOK) as judgment debtor.

　　　2.　I am the attorney for said judgment creditor and I request issuance of a Writ of Execution on the judgment.

　　　3.　The judgment debtor was represented by counsel.

    4.    The judgment entered is not a default judgment.

    5.    ACCRUED since the entry of judgment are the following sums:

        $0.00     accrued interest, computed at 0%.

        $195.00   accrued costs.

    6.    CREDIT must be given for payments and partial satisfaction in the total amount of:

        $4,639.03 which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

    7.    $7,074.35 ACTUALLY DUE on May 24, 2006. Of this total, $6,879.35 is the amount of the original judgment as entered, which still remains due and bears interest at 0%.

    8.    The United States seeks to satisfy the balance owing on the judgment by levying against the Alaska Permanent Fund Dividend which is to be issued to the above-named defendant.

    9.    The Alaska Permanent Fund dividend is subject to attachment pursuant to the provisions of Alaska Statute 43.23.065.

    10.   This is a levy for satisfaction of court-ordered restitution and, pursuant to AS 43.23.065(b)(2), may attach up to <u>100%</u> of the Permanent Fund Dividend payable to this debtor.

//

//

//

//

//

//

//

U.S. vs. LAURA F. HUNNICUTT (OVIOK)
Case No.: 3:01-CR-00028(JKS)

DATED this 6th day of June, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

*Richard L. Pomeroy*

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov
AK #8906031

SUBSCRIBED AND SWORN TO before me this 6th day of June, 2006, at Anchorage, Alaska.

_Traci Ross_
NOTARY PUBLIC
State of Alaska
My Commission Expires: 11/17/08

U.S. vs. LAURA F. HUNNICUTT (OVIOK)
Case No.: 3:01-CR-00028(JKS)

3