PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

**United States District Court**
for the
District of Alaska

RECEIVED
JAN 2 4 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

v.  Case No.  3:01-CR-00028-001

LAURA FRANCIS HUNNICUTT

It appearing that the above-named has to the best of her ability complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on January 2, 2008.

The defendant was ordered to pay $11,418.38 in restitution and a $100 special assessment. There remains an outstanding restitution balance of $4,549.03. It is therefore recommended that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

**REDACTED**                                    2008

Toni M. Ostanik                          Date
U.S. Probation/Pretrial Services Officer

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 24 day of January, 2008.

**REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge