Case 3:01-cr-00028-JKS   Document 67-2   Filed 02/01/2008   Page 1 of 1

NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No.  3:01-CR-00028 (JKS) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| Laura Hunnicutt, | ) | **PROPOSED ORDER TO RELEASE ATTACHED PFD FUNDS** |
| Defendant. | ) | |

    Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

    The attached funds, in the amount of $1,184.88, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account "0022-6855XX", as payment toward Defendant's criminal restitution.

    IT IS SO ORDERED.

DATED:_____     _____
                                    UNITED STATES DISTRICT JUDGE